**STATE of Missouri, Respondent,**

v.

**Quinetta COLBERT, Appellant.**

**No. WD 41865.**

Missouri Court of Appeals,
Western District.

April 24, 1990.

Carl W. Bussey, Kansas City, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

## ORDER

PER CURIAM.

Appeal from conviction on four counts of forgery, § 570.090, RSMo 1986, and sentence to five years imprisonment with the sentences to run concurrently.

Judgment affirmed. Rule 30.25(b).